FILED

APR - 2 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | INDICTMENT |
|---|---|---|
| Plaintiff, | ) ) ) | 1:25CR00134 |
| v. | ) | CASE NO. _____ |
| | ) ) | Title 18, United States Code, Section 641 |
| CAROLYN J. COULTER, | ) ) | |
| Defendant. | ) | |

JUDGE NUGENT

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around July 2007, to in or around May 2020, in the Northern District of Ohio, Eastern Division, Defendant CAROLYN J. COULTER, in a continuing course of conduct, willfully and knowingly did steal, purloin, convert to her own use, and without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the Social Security Administration, an agency of the United States, to wit: Title II Retirement Insurance benefits, in the amount of approximately $153,472.50, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.